# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1355

_____

Shawn Flowers-Bey

*Plaintiff - Appellant*

v.

Robert Webster; Tomas Cabrera; Miguel Paniagua; Bonnie Brennen; Tamara
Anderson; Mary Chandler; Dr. Karen Rhodes; Dr. Unknown McCollum; Dr.
Unknown Kim; Tamra Crouch; Chantay Godert; Danial Redington; Dr. Unknown Lovelace

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

_____

Submitted: October 30, 2023
Filed: November 6, 2023
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Shawn Flowers-Bey appeals following the district court's[1] dismissal of some claims, and adverse grant of summary judgment on the remaining claims, in his pro se 42 U.S.C. § 1983 action. Upon de novo review, we find that dismissal of some claims under 28 U.S.C. § 1915 was appropriate, for the reasons stated by the district court. See Kaden v. Slykhuis, 651 F.3d 966, 968 (8th Cir. 2011) (per curiam) (standard of review). We also find that summary judgment was properly granted for defendants on the other claims. See Hancock v. Arnott, 39 F.4th 482, 486 (8th Cir. 2022) (standard of review; deliberate indifference requires inmate to show that he suffered from objectively serious medical need, and that defendants had actual knowledge of that need but deliberately disregarded it); Dulany v. Carnahan, 132 F.3d 1234, 1240 (8th Cir. 1997) (in face of physician affidavit indicating care provided was adequate, inmate cannot create question of fact by stating he felt treatment was inadequate). We do not address the claims Flowers-Bey has waived on appeal. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (waiver of claims).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

-2-